Affirmed and Memorandum Opinion filed April 20, 2006









Affirmed and Memorandum Opinion filed April 20, 2006.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00567-CV

____________

 

ARTHUR JOHNSON, Appellant

 

V.

 

ROBERT E. LINKIN, Appellee

 



 

On
Appeal from the 61st District Court

Harris
County, Texas

Trial
Court Cause No. 03-08117

 



 

M E M O R A N D U M   O
P I N I O N

Arthur Johnson filed a pro se suit on February 14, 2003.  The suit was dismissed on April 15,
2003.  Appellant timely filed a motion to
reconsider.  The trial court denied the
motion because the suit was filed after an order was entered on February 5,
2003, by Martha JHill Jameson, Judge presiding of the 164th District Court, stating
that appellant is prohibited from filing in propria persona a new litigation in
this state unless he is given prior written permission by an administrative
judge under the procedure provided in section 11.102 of the Texas Civil
Practice and Remedies Code.  The trial
court found appellant had no such permission.








We note that Johnson has been declared to be a vexatious
litigant pursuant to chapter 11 of the Texas Civil Practice and Remedies
Code.  See Johnson v.
Sepulveda, 178 S.W.3d 117, 120 (Tex. App. B Houston [14th Dist.] 2005, no pet.)
(citing Johnson v. Johnson, No. 01-03-00209-CV, 2004 WL 219795, at*1
(Tex. App. B Houston [1st Dist.] Jan. 30, 2004,
no pet.)(mem. op.); In re Johnson, No. 01-03-01229-CV; 2004 WL 36248, at
*1 (Tex. App. B Houston [1st Dist.] Jan. 7, 2004,
orig. proceeding)(mem. op); see also http://www.courts.state.tx.us/oca/vexatiousBlitigants.pdf (June 8, 2005)(listing Arthur
Johnson as a vexatious litigant)).  The
record on appeal does not establish the order of February 5, 2003, was
erroneous or that appellant had permission to file the lawsuit. 

Accordingly, the judgment of the trial court is affirmed.

 

                                                                  PER
CURIAM

 

Judgment rendered and Memorandum Opinion filed April 20, 2006.

Panel consists of Justices Hudson, Fowler, and Seymore.